1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JEAN M. HOBLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700





**FILED**

FEB 2 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States | ) | 2:09-SW-0061  KJM |
| v. | ) | Case No. |
| 5412 Madison Ave, Suite 140 Sacramento, CA 95841 | ) | SEALING ORDER |

Upon Application of the United States of America and good cause having being shown therefor,

IT IS HEREBY ORDERED that documents in the above referenced case shall be sealed until further order of the Court.

DATED: 2/21/09

HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

1