```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JEAN M. HOBLER
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2909
```

**FILED**

APR 1 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | Case No. 2:09 SW-061 KJM |
| ) | |
| v. ) | APPLICATION TO UNSEAL |
| ) | APPLICATION AND AFFIDAVIT FOR |
| 5412 Madison Ave, Suite 140 ) | SEARCH WARRANT, SEARCH WARRANT, |
| Sacramento, CA 95841 ) | APPLICATION FOR SEALING ORDER; |
| ) | AND SEALING ORDER; [~~PROPOSED~~] *Dng* |
| _____ ) | ORDER |

### APPLICATION

On February 26, 2009, this Court issued an order sealing filed documents for the captioned matter, and sealed the same. Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed. Accordingly, the Government respectfully requests that the application and affidavit for search warrant, search warrant, application for sealing order; declaration in support thereof, and sealing order, and any other documents sealed pursuant to the Court's February 26, 2009, order be unsealed.

///
///
///

DATED: April 16, 2009

Respectfully submitted,

LAWRENCE G. BROWN
United States Attorney

By: /s/ Jean M. Hobler
JEAN M. HOBLER
Special Ass't U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the application and affidavit for search warrant, search warrant, application for sealing order; declaration in support thereof, and sealing order and any other documents sealed pursuant to the Court's February 26, 2009 order for the captioned matter be UNSEALED.

Date: April 16, 2009

/s/ Dale A. Drozd
HONORABLE DALE A. DROZD
United States Magistrate Judge

2